**FILED**

JUN **1 0** 2026

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**ST. LOUIS**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
    Plaintiff,               )
                             )
v.                           )    No.
                             )
JUSTIN WILLIAM WOODSON,      )    **4:26CR278 JAR/PLC**
                             )
    Defendant.               )

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about June 3, 2026, in Lincoln County, within the Eastern District of Missouri,

**JUSTIN WILLIAM WOODSON,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute controlled substances, mixtures or substances containing detectable amounts of cocaine and methamphetamine, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

The Grand Jury further finds that before **JUSTIN WILLIAM WOODSON** committed the offense charged in this count, he had one prior final conviction for a serious drug felony for which he served a term of imprisonment of more than 12 months, specifically: on or about March 22, 2019, **JUSTIN WILLIAM WOODSON** was convicted of Conspiracy to Distribute and Possess with Intent to Distribute Heroin, Cocaine, and Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, in the District Court for the Eastern District of Missouri, under Cause Number 4:16-CR-00541-AGF.

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.    Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count I, the defendant shall forfeit to the United States of America any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

2.    Subject to forfeiture is a sum of money equal to the total value of any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violation set forth in Count I.

3.    If any of the property described above, as a result of any act or omission of the defendants:

        a.    cannot be located upon the exercise of due diligence;
        b.    has been transferred or sold to, or deposited with, a third party;
        c.    has been placed beyond the jurisdiction of the court;
        d.    has been substantially diminished in value; or
        e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____

PAUL REBAR, #69289MO
Assistant United States Attorney